# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| STACEY HAMILTON and MARY RUTH HAMILTON, <br><br> Plaintiffs, <br><br> v. <br><br> RUTHERFORD COUNTY TENNESSEE, DISTRICT ATTORNEY GENERAL JENNINGS JONES (in his individual capacity), ASSISTANT DISTRICT ATTORNEY GENERAL JOHN ZIMMERMANN (in his individual capacity), RUTHERFORD COUNTY SHERIFF MIKE FITZHUGH (in his individual and official capacity), OFFICER ROPER (in his individual and official capacity), DETECTIVE BEANE (in his individual and official capacity), <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. _____ <br><br> Removed from Circuit Court of Rutherford County, State of Tennessee Case No. 75440 <br> **JURY DEMAND** |

## NOTICE OF REMOVAL

Defendants, Rutherford County Tennessee, District Attorney General Jennings Jones, Assistant District Attorney General John Zimmermann, Rutherford County Sheriff Mike Fitzhugh, Officer Roper, and Detective Beane respectfully remove this action to the United States District Court for the Middle District of Tennessee pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. This action involves claims under 42 U.S.C. §§ 1983 and 1985, so federal question jurisdiction exists. 28 U.S.C. § 1331; *Carter v. Stanton*, 405 U.S. 669, 671 (1972). In support of this Notice of Removal, Defendants state as follows:

1.      On February 8, 2019, Plaintiffs filed a Complaint, commencing a civil action now styled *Hamilton, et al. v. Rutherford County Tennessee, et al.* Case No. 75440, Circuit Court of Rutherford County, Tennessee ("State Court Action").

2.      Copies of all process, pleadings, papers, and orders served upon Defendants in the State Court Action are attached as **Exhibits 1** through **3**. 28 U.S.C. § 1446(a).

3.      The State Court Action is a civil action within this Court's original jurisdiction pursuant to 28 U.S.C. § 1331. Counts I-VII[1] and IX of the Complaint assert claims for deprivation of civil rights pursuant to 42 U.S.C. § 1983, over which this Court has federal question jurisdiction. *See Carter v. Stanton*, 405 U.S. 669, 671 (1972). Count VIII, arising out of the same factual allegations, asserts a claim for defamation under Tennessee's common law, over which this Court has supplemental jurisdiction. 28 U.S.C. § 1367(a).

4.      Venue is appropriate in this Court, as this Court is in the district in which the underlying state court action was pending. 28 U.S.C. § 1441(a).

5.      Removal is timely. Defendant Zimmermann was personally served on March 8, 2019 — within thirty days of removal. 28 U.S.C. § 1446(b).

6.      Counsel for Defendant Zimmermann has contacted counsel for the remaining defendants, all of whom join in or consent to removal of this action.

7.      Defendant Zimmermann will promptly serve written notice of the removal of the State Court Action upon Plaintiff's counsel and shall file a copy of the Notice with the Clerk of the Circuit Court for Rutherford County, Tennessee.

WHEREFORE, Defendant Zimmermann, along with all Defendants, hereby remove the State Court Action to this honorable Court.

---

[1] Count VI of the Complaint asserts a claim under 42 U.S.C. §§ 1983 and 1985.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: ___/s/ Blind Akrawi_____
William T. Ramsey, BPR #9245
Blind Akrawi, BPR #023213

1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
wtr@nealharwell.com
bakrawi@nealharwell.com
*Counsel for Defendant John Zimmermann*

**APPROVED FOR ENTRY:**

*s/Nicholas C. Christiansen w/perm.*
Roger Hudson
Nicholas C. Christiansen
Daniel W. Ames
Hudson, Reed & McCreary, PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
*Counsel for Rutherford County, Tennessee,*
*Detective Bean and Deputy Roper*

*s/Heather Cairns Ross w/perm.*
Heather Cairns Ross
Tennessee Attorney General's Office
PO Box 20207
Nashville, TN 37202
*Counsel for Jennings Jones*

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by U.S. and electronic mail on the following counsel of record, on this the 5th day of April, 2019:

Mary Alice Carfi
David L. Hudson, Jr.
111 N. Greenwood St., Ste. B
Lebanon, TN 37087

/s/ Blind Akrawi

4